914

No. 434. GEORGIA KAOLIN Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Walter J. Blenko* and *Edgar J. Goodrich* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Ralph S. Spritzer* for the United States.

No. 437. MONROE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Henry Klepak* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell* and *Joseph M. Howard* for the United States.

No. 438. BEHRENDS *v.* WAIDE ET AL. Supreme Court of Illinois. Certiorari denied. *J. W. Templeman* for petitioner.

No. 440. CITY OF DALLAS ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Brackley Shaw* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Emory T. Nunneley, Jr.* and *O. D. Ozment* for the Civil Aeronautics Board; and *Cecil A. Beasley, Jr.* and *Frederick A. Ballard* for the City of Fort Worth et al., respondents. Briefs of *amici curiae* supporting petitioners were filed by *Herman C. Wilson, Walter J. Mattison, J. Elliot Drinard, Dale H. Fillmore, Fred G. Stickel, III, J. W. Anderson, Barnett I. Shur, Alexander G. Brown, A. C. Van Soelen* and *Charles S. Rhyne* for the member municipalities of the National Institute of Municipal Law Officers; and *Leander I. Shelley* for the Airport Operators Council.